IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DWAYNE HANDY,<br><br>      *Plaintiff,*<br><br>v.<br><br>CITY OF PHILADELPHIA, et al.,<br><br>      *Defendants.* | CIVIL ACTION<br>NO. 24-1905 |

### ORDER

**AND NOW**, this 10th day of September 2025, upon consideration of the Motion to Dismiss filed by Defendants Gregory Singleton and Ohmarr Jenkins (Dkt. No. 30), Plaintiff Dwayne Handy's Response (Dkt. No. 33) and Defendants' Reply (Dkt. No. 34), it is **ORDERED** that the Motion is **GRANTED**. Plaintiff's claims under 42 U.S.C. § 1983 against both Defendants for malicious prosecution, fabrication of evidence, inadequate investigation, violation of his right against self-incrimination, civil-rights conspiracy, and failure to intervene; his claim against Singleton for withholding evidence; and his claims against both Defendants for malicious prosecution under Pennsylvania law are **DISMISSED with prejudice**.

                                                        BY THE COURT:

                                                        ***/s/ Gerald J. Pappert***
                                                        Gerald J. Pappert, J.