**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| Sherman McCoy, | CIVIL ACTION |
| *Plaintiff,* | NO. 21-1458 |
| | Lead Case |
| v. | |
| City of Philadelphia, et al., | |
| *Defendants.* | |
| Jamaal Simmons, | CIVIL ACTION |
| *Plaintiff,* | NO. 19-1648 |
| v. | |
| City of Philadelphia, et al., | |
| *Defendants.* | |
| James Frazier, | CIVIL ACTION |
| *Plaintiff,* | NO. 19-1692 |
| v. | |
| City of Philadelphia, et al., | |
| *Defendants.* | |
| Arkel Garcia, | CIVIL ACTION |
| *Plaintiff,* | NO. 21-2884 |
| v. | |
| City of Philadelphia, et al., | |
| *Defendants.* | |

Marvin Hill,

        *Plaintiff,*

    v.

City of Philadelphia, et al.,

        *Defendants.*

CIVIL ACTION
NO. 23-1002

Rafiq Dixon,

        *Plaintiff,*

    v.

City of Philadelphia, et al.,

        *Defendants.*

CIVIL ACTION
NO. 23-1650

Dwayne Handy,

        *Plaintiff,*

    v.

City of Philadelphia, et al.,

        *Defendants.*

CIVIL ACTION
NO. 24-1905

Curtis Kingwood,

        *Plaintiff,*

    v.

City of Philadelphia, et al.,

        *Defendants.*

CIVIL ACTION
NO. 24-4681

Ronald Thomas,

    *Plaintiff,*

  v.

City of Philadelphia, et al.,

    *Defendants.*

CIVIL ACTION
NO. 24-4914

---

Donta Regusters,

    *Plaintiff,*

  v.

City of Philadelphia, et al.,

    *Defendants.*

CIVIL ACTION
NO. 25-865

---

Corey Gibbs,

    *Plaintiff,*

  v.

City of Philadelphia, et al.,

    *Defendants.*

CIVIL ACTION
NO. 25-2810

---

Neftali Velazquez,

    *Plaintiff,*

  v.

City of Philadelphia, et al.,

    *Defendants.*

CIVIL ACTION
NO. 25-3720

## <u>ORDER</u>

**AND NOW**, this 25th day of June, 2026, upon consideration of the plaintiffs'

Motion for Reconsideration (Dkt. No. 183), the City's response (Dkt. No. 185), the

plaintiffs' reply (Dkt. No. 188) and the plaintiffs' post-briefing submission (Dkt.

No. 192), it is **ORDERED** the Motion is **DENIED**.

BY THE COURT:

*/s/ Gerald J. Pappert*
Gerald J. Pappert, J.